IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

JAMES A. SMEJKAL )
and BLUE CHIP, INC., )
)
      Plaintiffs, ) TC-MD 140328N
)
    v. )
)
WASHINGTON COUNTY ASSESSOR, )
)
      Defendant. ) **FINAL DECISION OF DISMISSAL**

This Final Decision incorporates without change the court's Decision entered on August 19, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiffs' Motion to Dismiss, filed August 11, 2014, requesting that the Complaint be dismissed.

On July 18, 2014, Plaintiffs filed a Complaint appealing Defendant's May 23, 2014, removal from forestland special assessment property identified as Account R2068342. Plaintiffs subsequently filed a Motion to Dismiss on August 11, 2014, stating that they "do not desire to pursue appeal of the action referenced in the letter dated May 23, 2013 from the Washington County Assessor." (Ptf's Mot Dismiss at 1.)

As of the date of this Decision of Dismissal, Defendant has not filed a response to either Plaintiffs' Complaint or Motion to Dismiss. Under these circumstances, the court finds that Plaintiffs' appeal should be dismissed. Now, therefore,

/ / /

/ / /

/ / /

FINAL DECISION OF DISMISSAL  TC-MD 140328N                1

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of September 2014.


_____
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on September 5, 2014. The Court filed and entered this document on September 5, 2014.*